IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CANDACE N. THOMAS,                                                     PLAINTIFF
as Administrator of the Estate of
GORDON C. THOMAS,

v.                                             CASE NO. 4:06-CV-204

MEDTRONIC, INC.,                                                   DEFENDANT

## AGREED ORDER FOR EXTENSION OF TIME

This cause is before the Court on the *ore tenus* motion of Defendant Medtronic, Inc., for an extension of time in which to answer or otherwise respond to the Complaint in the above matter. The Court has been advised that Plaintiff has agreed to an extension of Defendant's deadline to answer or otherwise respond to the Complaint until February 27, 2007.

**IT IS THEREFORE ORDERED** that the time within which the Defendant Medtronic, Inc. shall answer or otherwise respond to the Complaint in this action is extended until February 27, 2007.

So ordered, this the 14th day of February, 2007.

/s/ Eugene M. Bogen
UNITED STATES MAGISTRATE JUDGE


AGREED:
s/ Kathryn S. Harrington
Kathryn S. Harrington
ATTORNEY FOR PLAINTIFF


s/ Joshua J. Metcalf
Joshua J. Metcalf
ATTORNEY FOR DEFENDANT